IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-00358-01-CR-W-DGK |
| | ) | |
| MICHAEL L. BRADFORD, | ) | |
| | ) | |
| Defendant. | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636 and entered a plea of guilty pursuant to Fed.R.Crim.P. 11(c)(1)(C) to Counts One, Three and the charge of distribution and possession with intent to distribute PCP and marijuana set forth in Count Five of the Superseding Indictment. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. A record was made of the proceedings and a transcript is available. I therefore recommend that the plea of guilty be conditionally accepted and that the Court defer a decision on the plea agreement until the Court has reviewed the presentence report as contemplated by Fed.R.Crim.P. 11(c)(3).

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1).

                                                            */s/ Sarah W. Hays*
                                                           SARAH W. HAYS
                                  UNITED STATES MAGISTRATE JUDGE